IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-02839-JLK**

**SECURITIES AND EXCHANGE COMMISSION**,

       Plaintiff,

v.

**MICHAEL VAN GILDER and
ROGER PARKER,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Motion to Withdraw (doc. #20), filed February 1, 2013, is **GRANTED**. Howard Glicksman is permitted to withdraw as counsel of record for defendant Michael Van Gilder.

Dated: February 1, 2013