IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02839-JLK

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**MICHEAL VAN GILDER**

and

**ROGER PARKER**,

    Defendants.

## NOTICE TO COUNSEL AND PARTIES

Kane, J.

    Per 28 USC §455(a), I give notice that my wife and I, as joint tenants, purchased a homeowners insurance policy issued by Chubb Insurance Co. through the Van Gilder Agency. In the past we have purchased automobile insurance and personal liability insurance through that same agency. I do not, however, know any member of the Van Gilder family, including Michael Van Gilder, nor do I have any financial connection with any of them. As the present case does not involve the Van Gilder Agency, nor is the financial interest in the insurance policy such that the outcome of this proceeding could affect it in any way, I do not think this ownership of an insurance policy constitutes grounds for recusal, but in an excess of caution, I advise the parties and their counsel and will recuse if such a motion is made.

DATED:    September 4, 2013        BY THE COURT:

                                                         *s/John L. Kane*
                                                         John L. Kane
                                                         U.S. Senior District Judge