**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02839-JLK

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**MICHEAL VAN GILDER**

and

**ROGER PARKER**,

    Defendants.

ORDER DENYING MOTION FOR JUDGMENT AS TO DEFENDANT MICHEAL VAN GILDER AND RELIEF DEFENDANT STEPHEN DILTZ

Kane, J.

The Motion for Judgment as to Relief Defendant Van Gilder and Relief Defendant Stephan Diltz, ECF Doc. 50, is DENIED. The Consent Decrees will not be approved as proposed. An Order specifying my reasons for denial and my attendant concerns is in draft. Upon its issue, the matter will be set for a status conference to discuss acceptable alternatives.

DATED:    April 1, 2014    BY THE COURT:

                                  *s/John L. Kane*
                                  John L. Kane, U.S. Senior District Judge