**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Date: December 16, 2015 | Deputy Clerk: Bernique Abiakam |
| | Reporter: Darlene Martinez |
| Civil Case No.: 12-cv-02839-JLK-MJW | |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Thomas J. Krysa<br>Mark L. Williams |
| Plaintiff, | |
| v. | |
| ROGER PARKER, | |
| Defendant, | |
| BO BROWNSTEIN | Harvey Steinberg |
| Material Witness, | |
| SCOTT REIMAN | Clifford B. Stricklin |
| Interested Party. | |

## COURTROOM MINUTES

Status Conference

**1:03 p.m.     Court in session.**

Court calls case.  Appearances of Counsel.

Preliminary remarks by the Court.

Argument heard regarding Doc. No. 85.

1:09 p.m.     Argument by Mr. Williams.

1:16 p.m.     Argument by Mr. Steinberg.

1:20 p.m.     Argument by Mr. Stricklin.

1:29 p.m.     Rebuttal argument by Mr. Williams.

1:36 p.m.     Reply by Mr. Steinberg.

*12-cv-02839-JLK-MJW*
*Motion Hearing*
*December 16, 2015*

1:38 p.m.       Reply by Mr. Stricklin.

1:41 p.m.       Further rebuttal argument by Mr. Williams.

1:42 p.m.       Comments and rulings by the Court.

**ORDERED:   Plaintiff Securities And Exchange Commission's Motion for An Order To Compel Deposition Testimony Of Scott Reiman And Bo Brownstein (Filed 8/31/15; Doc. No. 85) is DENIED.**

**1:48 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 00:45