IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02839-JLK-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROGER PARKER,

    Defendant.

---

ORDER ON MOTION TO AMEND SCHEDULING ORDER AND RE-OPEN DISCOVERY

**Kane, J.**

Having reviewed Plaintiff's Motion to Amend the Scheduling Order and Re-Open Discovery (Doc. 98), for good cause shown, and pursuant to *Smith v. United States*, 834 F.2d 166, 169 (10th Cir. 1987), the motion is **GRANTED**.   Fact discovery shall be re-opened for the limited purpose of deposing Jeffrey Van Gulick and Brian Wiltin, and re-opening the deposition of Roger Parker consistent with the Plaintiff's motion. The parties are **ORDERED** to file a status report regarding the scheduling and completion of this discovery on or before February 1, 2016.

Dated: December 21, 2015                    *s/John L. Kane*
                                                  John L. Kane, U.S. Senior District Judge